GEORGE HOFFMAN, Appellant, *v.* JOHN L. MURRAY, Respondent.

*Hoffman* v. *Murray*, 159 App. Div. 904, affirmed.
(Argued December 8, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered December 10, 1913, affirming a judgment in favor of plaintiff for nominal damages entered upon a verdict directed by the court in an action to recover damages for the breach of an express covenant for quiet enjoyment. The appellant was the sublessee of "the entire basement and subbasement in the building situate on the northwest corner of Broadway and Thirty-fourth street, in the borough of Manhattan, city of New York," together with the store. The claim for damages was for being evicted from vault space outside the curb line under the street in front of the premises and beyond the building line.

*Leo Fassler* for appellant.

*Hamilton C. Rickaby* and *Norbert Heinsheimer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN and POUND, JJ. Dissenting: SEABURY, J.